UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROSALYN ROBLES-ESQUIVEL,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Case No. 1:10-CV-00230-LJO-GSA<br><br>**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant, Sun Life Assurance Company of Canada, U.S., shall have an extension of time to answer or otherwise plead to Plaintiff's Complaint to and including April 9, 2010.

DATED: March 10, 2010        /s/ Gary S. Austin
                             GARY S. AUSTIN
                             UNITED STATES MAGISTRATE JUDGE