UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN ROBLES-ESQUIVEL, | CASE NO. CV F 10-0230 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. / | |

    The parties filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 4, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:**   **December 2, 2010**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE