Corrine Chandler - SBN 111423
  E-mail: cchandler@kantorlaw.net
Christina J. Smith - SBN 193509
  E-mail: csmith@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff, Rosalyn Robles-Esquivel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -FRESNO

| ROSALYN ROBLES-ESQUIVEL, | ) | CASE NO. 1:10-CV-00230-LJO-GSA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel of record, that this action shall be dismissed with prejudice, with each party bearing their own costs and attorneys fees.

IT IS SO STIPULATED:

DATED: December 9, 2010          KANTOR & KANTOR, LLP


By: ___*/s/ Corinne Chandler*_____
        Corinne Chandler
        Attorney for Plaintiff
        Rosalyn Robles-Esquivel

DATED: December 9, 2010          BURKE, WILLIAMS & SORENSEN, LLP


                                 By:   */s/ Daniel W. Maguire*
                                     Daniel W. Maguire
                                     Attorneys for Defendant
                                     Sun Life Assurance Company of
                                     Canada, U.S.A.



                            **ORDER**

        Pursuant to the Stipulation of the parties and good cause appearing, the above

entitled action is hereby dismissed with prejudice.  The Clerk of Court is directed to

close this action in its entirety.


IT IS SO ORDERED.

**Dated:   December 10, 2010**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE